```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY and GEICO CASUALTY CO.,

                            Plaintiffs,

        — against —
                                                                ORDER ADOPTING REPORT
NATALIO DAMIEN, M.D., SERGEY GABINSKY, M.D.,                    AND RECOMMENDATION
VITAL RADIOLOGY, P.C., ESSENTIAL RADIOLOGY,
P.C., AURORA RADIOLOGY, P.C., CITY MEDICAL                      10-CV-5409 (SLT)(JMA)
DIAGNOSTICS, P.C., ORACLE RADIOLOGY OF NY,
P.C., RAPID MEDICAL DIAGNOSTICS, P.C., ALBA
MANAGEMENT, INC., ARTHUR BOGORAZ,
SERGE DENEVICH, STELLA MEDNIK, ESQ., and
STELLA MEDNIK, ESQ., P.C., a/k/a ADVANCED
LEGAL SERVICES, P.C.,

                            Defendants.
----------------------------------------------------------x
```

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.
★ NOV 29 2011 ★
BROOKLYN OFFICE

**TOWNES, United States District Judge:**

On November 3, 2011, Magistrate Judge Joan M. Azrack issued a Report and Recommendation (the "R&R"), recommending that default judgments be entered in specified amounts against defendants Arthur Bogoraz, Stella Mednik, Esq. and Stella Mednik, Esq., P.C. a/k/a Advanced Legal Services. P.C. (the "Remaining Defendants"). The R&R advised the parties that objections to the R&R had to be filed within 14 days of receipt thereof. R&R at 18. The R&R also directed plaintiffs to serve a copy of the R&R on defendants and to electronically file proof of service with the Court. *Id.*

On November 3, 2011, plaintiffs' counsel complied with Judge Azrack's directive by mailing a copy of the R&R to all three of the Remaining Defendants. To date, however, none of the parties have filed objections. Since a district court is not required to review the factual or

legal conclusions of the magistrate judge as to those portions of a report and recommendation to which no objections are addressed, *see Thomas v. Arn*, 474 U.S. 140, 150 (1985), this Court adopts the R&R in its entirety as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

## *CONCLUSION*

For the reasons stated above, Magistrate Judge Azrack's Report and Recommendation dated November 3, 2011, is adopted in its entirety. The Clerk of Court is directed to enter judgment in favor of plaintiffs and against defendant Arthur Bogoraz in the total amount of $1,896,680.88, consisting of $710,391.22 in damages, $90,668.00 in interest and $1,095,621.66 in treble damages. The judgment shall hold defendants Stella Mednik, Esq. and Stella Mednik, Esq., P.C., jointly and severally liable with Bogoraz for $376,093.24 of the total amount, consisting of $345,184.00 in damages and $30,909.24 in interest. After entering judgment in accordance with this Order, the Clerk of Court shall close this case.

**SO ORDERED.**

s/ SLT
/SANDRA L. TOWNES
United States District Judge

Dated: November 29, 2011
Brooklyn, New York